**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00619-CV

### DENNIS JAMES POLEDORE, JR., Appellant

### V.

### CHERI YLONDA POLEDORE, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-13701**

## ORDER

We **GRANT** appellee's October 26, 2015 motion for extension to file brief and **ORDER**

the brief be filed no later than November 25, 2015.


/s/     CRAIG STODDART
JUSTICE